# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LLOYD EVANS,<br><br>  Plaintiff,<br><br>  v.<br><br>CREDITOR'S SPECIALTY SERVICE INC.,<br><br>  Defendant. | Case No. 15-cv-03355-BLF<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civ. L.R. 7-1(b), the Court finds Plaintiff's Motion for Default Judgment, ECF 15, suitable for submission without oral argument and hereby VACATES the hearing and Case Management Conference scheduled for March 3, 2016.

**IT IS SO ORDERED.**

Dated: February 18, 2016

_____
BETH LABSON FREEMAN
United States District Judge