# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

LLOYD EVANS,

    Plaintiff,

v.

CREDITOR'S SPECIALTY SERVICE INC.,

    Defendant.

Case No. 15-cv-03355-BLF

**DEFAULT JUDGMENT**

For the reasons stated in the Order Granting Plaintiff's Motion for Default Judgment, *see* ECF 20, DEFAULT JUDGMENT IS HEREBY ENTERED in favor of Plaintiff Lloyd Evans and against Defendant Creditor's Specialty Service Inc. in the amount of $4,261, comprising $1,400 in statutory damages, $2,392 in attorneys' fees, and $469 in costs.

The Clerk of the Court shall close the case file.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge